1  BARRY R. OSTRAGER (Bar No. 183770)
   MARY KAY VYSKOCIL (*pro hac vice* forthcoming)
2  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
3  New York, New York 10017
   Telephone: (212) 455-2000
4  Facsimile: (212) 455-2502
   Email: bostrager@stblaw.com
5         mvyskocil@stblaw.com

6  ROBERT J. PFISTER (Bar No. 241370)
   GABRIEL D. MILLER (Bar No. 243359)
7  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars – 29th Floor
8  Los Angeles, California 90067
   Telephone: (310) 407-7500
9  Facsimile: (310) 407-7502
   Email: rpfister@stblaw.com
10        gdmiller@stblaw.com

11 Attorneys for Defendants
   Thomas Casey, Ronald Cathcart,
12 Stephen Rotella and David Schneider

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOU SOLTON, MONTEREY COUNTY TREASURER, ON BEHALF OF THE MONTEREY COUNTY INVESTMENT POOL, | Case No. C-09-1481-JSW |
| Plaintiff, | |
| v. | |
| KERRY KILLINGER, THOMAS CASEY, STEPHEN ROTELLA, RONALD CATHCART, DAVID SCHNEIDER, STEPHEN FRANK, THOMAS LEPPERT, PHILLIP MATTHEWS, MICHAEL MURPHY, WILLIAM REED, JR., ORIN SMITH, DELOITTE & TOUCHE LLP, AND DOES 1 through 20, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' ANSWER OR OTHER RESPONSE TO THE COMPLAINT** |
| Defendants. | |

WHEREAS on or about March 6, 2009, Lou Solton, Monterey County Treasurer, on behalf of the Monterey County Investment Pool commenced this action in the Superior Court of the State of California, County of San Francisco; and

WHEREAS on April 3, 2009, defendants Thomas Casey, Stephen Rotella, Ronald Cathcart, and David Schneider timely filed a Notice of Removal in this Court, with the consent and joinder of defendants Kerry Killinger, Stephen Frank, Thomas Leppert, Phillip Matthews, Michael Murphy, William Reed, Jr., Orin Smith, and Deloitte & Touche LLP; and

WHEREAS cases that defendants contend share common questions of fact with this case have previously been transferred by the Judicial Panel on Multidistrict Litigation (the "MDL Panel") to the Honorable Marsha J. Pechman of the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1407; and

WHEREAS on April 6, 2009, certain defendants filed a "tag-along" notice with the MDL Panel to inform the MDL Panel that this action is related to other actions previously transferred by the MDL Panel to the Western District of Washington; and

WHEREAS plaintiff intends to file a motion to remand in this action, and the parties agree that defendants' answers or other responses to the complaint should follow the decision on plaintiff's forthcoming motion to remand;

NOW, THEREFORE, the undersigned parties hereby stipulate that:

1. Plaintiff's time within which to file a motion to remand shall be extended until such time as ordered by Judge Pechman in the Western District of Washington following transfer of this action by the MDL Panel, although plaintiff reserves the right to file such remand motion in the Northern District of California prior to a transfer order by the MDL Panel, without prejudice to defendants' right to argue that the Northern District of California court should defer ruling on the motion to remand until after the MDL Panel's ruling; and

2. Defendants' time within which to answer or otherwise respond to the Complaint is extended to 45 days from the issuance of an order deciding plaintiff's remand motion or such time as otherwise ordered.

Dated: April 8, 2009

_____
MARK C. MOLUMPHY
COTCHETT, PITRE & McCARTHY

Attorneys for Plaintiff
LOU SOLTON, MONTEREY COUNTY
TREASURER, ON BEHALF OF THE
MONTEREY COUNTY INVESTMENT POOL

Dated: April 8, 2009

_____
ROBERT J. PFISTER
SIMPSON THACHER & BARTLETT LLP

Attorneys for Defendants
THOMAS CASEY, STEPHEN ROTELLA,
RONALD CATHCART, DAVID SCHNEIDER

Dated: April 8, 2009

_____
BARRY M. KAPLAN
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
KERRY KILLINGER

Dated: April 8, 2009

_____
RONALD L. BERENSTAIN
PERKINS COIE LLP

Attorneys for Defendants
STEPHEN FRANK, THOMAS LEPPERT,
PHILLIP MATTHEWS, MICHAEL MURPHY,
WILIAM REED, JR., ORIN SMITH

Dated: April 8, 2009

_____
JAMES J. FARRELL
LATHAM & WATKINS LLP

Attorneys for Defendant
DELOITTE & TOUCHE LLP

2. Defendants' time within which to answer or otherwise respond to the Complaint is extended to 45 days from the issuance of an order deciding plaintiff's remand motion or such time as otherwise ordered.

Dated: April 8, 2009

MARK C. MOLUMPHY
COTCHETT, PITRE & McCARTHY

Attorneys for Plaintiff
LOU SOLTON, MONTEREY COUNTY TREASURER, ON BEHALF OF THE MONTEREY COUNTY INVESTMENT POOL

Dated: April 8, 2009

ROBERT J. PFISTER
SIMPSON THACHER & BARTLETT LLP

Attorneys for Defendants
THOMAS CASEY, STEPHEN ROTELLA, RONALD CATHCART, DAVID SCHNEIDER

Dated: April 8, 2009

BARRY M. KAPLAN
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
KERRY KILLINGER

Dated: April 8, 2009

RONALD L. BERENSTAIN
PERKINS COIE LLP

Attorneys for Defendants
STEPHEN FRANK, THOMAS LEPPERT, PHILLIP MATTHEWS, MICHAEL MURPHY, WILIAM REED, JR., ORIN SMITH

Dated: April 8, 2009

JAMES J. FARRELL
LATHAM & WATKINS LLP

Attorneys for Defendant
DELOITTE & TOUCHE LLP

2. Defendants' time within which to answer or otherwise respond to the Complaint is extended to 45 days from the issuance of an order deciding plaintiff's remand motion or such time as otherwise ordered.

Dated: April 8, 2009

_____
MARK C. MOLUMPHY
COTCHETT, PITRE & McCARTHY

Attorneys for Plaintiff
LOU SOLTON, MONTEREY COUNTY
TREASURER, ON BEHALF OF THE
MONTEREY COUNTY INVESTMENT POOL

Dated: April 8, 2009

_____
ROBERT J. PFISTER
SIMPSON THACHER & BARTLETT LLP

Attorneys for Defendants
THOMAS CASEY, STEPHEN ROTELLA,
RONALD CATHCART, DAVID SCHNEIDER

Dated: April 8, 2009

_____
BARRY M. KAPLAN
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
KERRY KILLINGER

Dated: April 8, 2009

___/s/_____
RONALD L. BERENSTAIN
PERKINS COIE LLP

Attorneys for Defendants
STEPHEN FRANK, THOMAS LEPPERT,
PHILLIP MATTHEWS, MICHAEL MURPHY,
WILIAM REED, JR., ORIN SMITH

Dated: April 8, 2009

_____
JAMES J. FARRELL
LATHAM & WATKINS LLP

Attorneys for Defendant
DELOITTE & TOUCHE LLP

2. Defendants' time within which to answer or otherwise respond to the Complaint is extended to 45 days from the issuance of an order deciding plaintiff's remand motion or such time as otherwise ordered.

Dated: April 8, 2009

MARK C. MOLUMPHY
COTCHETT, PITRE & McCARTHY

Attorneys for Plaintiff
LOU SOLTON, MONTEREY COUNTY
TREASURER, ON BEHALF OF THE
MONTEREY COUNTY INVESTMENT POOL

Dated: April 8, 2009

ROBERT J. PFISTER
SIMPSON THACHER & BARTLETT LLP

Attorneys for Defendants
THOMAS CASEY, STEPHEN ROTELLA,
RONALD CATHCART, DAVID SCHNEIDER

Dated: April 8, 2009

BARRY M. KAPLAN
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
KERRY KILLINGER

Dated: April 8, 2009

RONALD L. BERENSTAIN
PERKINS COIE LLP

Attorneys for Defendants
STEPHEN FRANK, THOMAS LEPPERT,
PHILLIP MATTHEWS, MICHAEL MURPHY,
WILIAM REED, JR., ORIN SMITH

Dated: April 8, 2009

JAMES J. FARRELL
LATHAM & WATKINS LLP

Attorneys for Defendant
DELOITTE & TOUCHE LLP

1 | SO ORDERED this __9th__ day of April, 2009.

_____
Hon. Jeffrey S. White, U.S. District Judge